20 So.2d 896

William Lee SANDERS v. STATE.

6 Div. 145.

Court of Appeals of Alabama.
Dec. 12, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

20 So.2d 896

Webb Rufus SARTAIN v. STATE.

6 Div. 128.

Court of Appeals of Alabama.
Dec. 19, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

18 So.2d 884

John SASSER v. STATE.

3 Div. 859.

Court of Appeals of Alabama.
May 16, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

18 So.2d 120

Lloyd SEAY v. STATE.

8 Div. 349.

Court of Appeals of Alabama.
Feb. 8, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

20 So.2d 896

Bee SELLERS v. STATE.

6 Div. 137.

Court of Appeals of Alabama.
Jan. 16, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

18 So.2d 884

Marvin Lee (alias Melvin, alias Melton)
SELLERS v. STATE.

6 Div. 72.

Court of Appeals of Alabama.
May 9, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.